**FILED**

Jan 29 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD PEOPLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 5:20-cv-04732-NC<br><br>[Santa Clara County Superior Court Case No. 20CV366607]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Now before the court is Plaintiff Emerald Peoples and Defendant Bed Bath & Beyond of California LLC's Joint Stipulation of Dismissal with Prejudice. Having reviewed the Stipulation, and good cause appearing, the Court hereby ORDERS that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 29, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins

ACTIVE.125953104.01